M. P. No. 74-284. HOWARD JOSEPHSON *v.* LOUIS DIAMOND. Petition for writ of certiorari is denied. *Feiner, Winsten and Greenwald, Harold H. Winsten,* for petitioner. *Abedon, Michaelson, Stanzler & Biener, Richard A. Boren,* for respondent.

M. P. No. 74-289. STATE *v.* FREDERICK E. McKENNEY, JR. Petition for writ of certiorari is denied. *State* v. *Keegan,* 113 R. I. 923, 320 A.2d 618 (1974). *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff-respondent. *Edward John Mulligan,* for defendant-petitioner.

M. P. No. 74-291. TOWN OF LINCOLN *v.* ARTHUR COURNOYER. Motion of respondent, Arthur Cournoyer, for a stay of the enforcement of the order entered in the Superior Court on October 25, 1974 is denied. *Louis E. Azar,* Town Solicitor, *Harry W. Asquith,* Special Master, for petitioner. *Domenic A. Mosca, Jr.,* for respondent.

M. P. No. 74-298. STATE *v.* WILLIAM MURPHY. The entitlement amended to read William Murphy v. James W. Mullen, Warden. Respondent directed to file his answer to the petition for habeas corpus and therein to *show cause,* if any, why the writ should not issue as prayed, said answer to be made in compliance with the provisions of Rule 14. *Richard J. Israel,* Attorney General, for plaintiff-respondent. *Bevilacqua & Cicilline,* for defendant-petitioner.

C. A. No. 1964. STATE *v.* VITO N. RUSSO. Motion of defendant that court reinstate the appeal in *State* v. *Russo,* No. 1964 — C. A., is denied without prejudice to the right of defendant to renew said motion after the Superior Court decides the pending question of competency of counsel. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Vito N. Russo,* defendant, pro se.